In the Matter of the Claim of ANDRIAS K. PANTELIS, Respondent, against CONSTANTINE D. PANAGAKIS, Doing Business as EXCELSIOR BUFFET, and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.